1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00113-CDS-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | |
| JOEY MCROYAL, et al., | |
| Defendants. | |

Pending before the Court are Defendant Joey McRoyal's motion to suppress evidence and Defendant Paulina Hernandez's motion for joinder. Docket Nos. 277, 280. The Court hereby SETS an evidentiary hearing on these motions for September 30, 2025, at 10:00 a.m., in Courtroom 3C. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: September 10, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1