**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

DARRELL GLEN HARRIS, et al.

Defendants

Case No.: 2:23-cr-00113-CDS-NJK

**Order Approving STIPULATION TO EXTEND DEADLINE FOR FILING OF POST-TRIAL MOTIONS (Third Request)**

[ECF No. 485]

Based on the parties' stipulation, it is ordered that the deadline for the filing of post-trial motions is extended to August 28, 2026.

Dated: August 12, 2026

UNITED STATES DISTRICT JUDGE