UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

Plaintiff

v.

Darrell Glen Harris, et la.,

Defendants

Case No. 2:23-cr-00113-CDS-NJK

**Order Striking Defendants' Pro se Filings**

[ECF Nos. 494, 492, 497]

Defendants Darrell Glen Harris, Joey Lamar McRoyal, and Lamar Deshawn Rosser filed an affidavit for the record (ECF No. 492), and two affidavits of merit (ECF Nos. 494, 497). A person who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Because Harris, McRoyal, and Rosser are represented by counsel, it is ordered that the affidavits filed pro se **[ECF Nos. 492, 494, 497] are STRICKEN**.

Dated: August 20, 2026

______________________________
Cristina D. Silva
United States District Judge